UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

| | | |
|---|---|---|
| D-1 | JEFF GARVIN SMITH | |
| | a/k/a "Fat Dog" | |
| D-2 | PAUL ANTHONY DARRAH | |
| | a/k/a "Pauli" | |
| D-3 | MICHAEL WILLIAM MASTROMATTEO | |
| | a/k/a "Iron Mike" | |
| D-4 | VERNON NELSON RICH | |
| | a/k/a "Vern" | |
| D-5 | CARY DALE VANDIVER | |
| | a/k/a "Gun Control" | |
| D-6 | VICTOR CARLOS CASTANO | |
| D-7 | EDWARD ALLEN TAYLOR | |
| | a/k/a "Big Ed" | |
| D-8 | MICHAEL KENNETH RICH | |
| | a/k/a "Tatu" | |
| D-9 | WILLIAM SCOTT LONSBY | |
| | a/k/a "Buck, Buckwheat" | |
| D-10 | KEITH WILLIAM MCFADDEN | |
| | a/k/a "Gadget" | |
| D-11 | FNU LNU | |
| | a/k/a "Jesus" | |

Case:2:11-cr-20066
Judge: Battani, Marianne O
MJ: Majzoub, Mona K
Filed: 02-09-2011 At 03:54 PM
SEALED MATTER (LG)

        Defendants.

_____/

### GOVERNMENT'S MOTION AND SUPPORTING BRIEF
### TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

*(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed. R. Crim. P. 6(e)(4).

3. The government requests that the Indictment and Arrest Warrants be sealed because it is concerned that the defendants may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment becomes a matter of public record before the defendants is are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and Arrest Warrants .

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

*[signature]*

SAIMA MOHSIN
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9163
e-mail: Saima.Mohsin@usdoj.gov

Date: February 9, 2011

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

-vs-

D-1   JEFF GARVIN SMITH
      *a/k/a "Fat Dog"*
D-2   PAUL ANTHONY DARRAH
      *a/k/a "Pauli"*
D-3   MICHAEL WILLIAM MASTROMATTEO
      *a/k/a "Iron Mike"*
D-4   VERNON NELSON RICH
      a/k/a "Vern"
D-5   CARY DALE VANDIVER
      *a/k/a "Gun Control"*
D-6   VICTOR CARLOS CASTANO
D-7   EDWARD ALLEN TAYLOR
      *a/k/a "Big Ed"*
D-8   MICHAEL KENNETH RICH
      *a/k/a "Tatu"*
D-9   WILLIAM SCOTT LONSBY
      *a/k/a "Buck, Buckwheat"*
D-10  KEITH WILLIAM MCFADDEN
      *a/k/a "Gadget"*
D-11  FNU LNU
      *a/k/a "Jesus"*

      Defendants.
_____/

Case:2:11-cr-20066
Judge: Battani, Marianne O
MJ: Majzoub, Mona K
Filed: 02-09-2011 At 03:54 PM
SEALED MATTER (LG)

## ORDER TO SEAL INDICTMENT AND ARREST WARRANTS

This matter coming before the Court on the government's motion, for the reasons stated in the motion, the motion is granted, and it is hereby ordered that

the Indictment and Arrest Warrants in this case be sealed until further order of the Court.

_____
HON. VIRGINIA M. MORGAN
United States Magistrate Judge

Entered:

2/9/11