# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.

_Paul Darrah_
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

CASE NUMBER: 11-20066

Upon motion of the _____GOVERNMENT_____, it is ORDERED that a detention hearing is set for ___7/16/12___ * at ___1:00 p.m.___
                                              Date

before _____THE DUTY MAGISTRATE JUDGE_____
              Name of Judicial Officer

_____
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
         Other Custodial Official

Date: __7/13/12__

_____
Judicial Officer
MAGISTRATE JUDGE MARK A. RANDON

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.