UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

CRIMINAL NO. 11-cr-20066

v.

Paul Darrah - D2

Defendant

**APPEARANCE OF COUNSEL**

FILED
JUL 16 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TO THE CLERK OF COURT:

Please enter my appearance as attorney on behalf of defendant _____

Paul Darrah

in the above-entitled case.

_Patricia A Maceroni_
Signature

Patricia A Maceroni (P44124)
Printed name and P number

26611 Woodward Ave
Address

H.W.            MI           48070
City            State        Zip Code

(248) 541-5200
Telephone number

pattymac.63@hotmail.com
E-mail address

**PLEASE CHECK THE APPROPRIATE BOX**   ☐ Retained   ☒ CJA Appointment

Date: 7/16/12

(Rev. 3/2012)