UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                      Case No.  11-20066

v.                                        Honorable  Marianne O. Battani

JEFF GARVIN SMITH, ET AL           Honorable  Robert H. Cleland

        Defendant(s).
_____/

ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY

      Pursuant to E.D. Mich LCrR 57.10(b)(2), the Chief Judge may order a criminal case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned.  Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable    Marianne O. Battani    to the docket of the Honorable    Robert H. Cleland   .

                                                      s/Gerald E. Rosen
                                                      Chief Judge Gerald E. Rosen
                                                      United States District Judge

                                                      s/Marianne O. Battani
                                                      Marianne O. Battani
                                                      United States District Judge

                                                      s/Robert H. Cleland
                                                      Robert H. Cleland
                                                      United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CRIMINAL

Date: July 18, 2012                              s/ S Schoenherr
                                              Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Robert H. Cleland