UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case #11-20129-6
        11-20066-2
Hon. Robert H. Cleland

v

PAUL ANTHONY DARRAH,
    Defendant.
_____/

ERIC STRAUS (P38266)
Attorney for Plaintiff
Assistant U.S. Attorney
211 W. Fort St. #2000
Detroit, MI 48226
(313) 226-226-9648
eric.straus@usdoj.gov

PATRICIA A. MACERONI (P44124)
Attorney for Defendant
26611 Woodward Ave.
Huntington Woods, MI 48070
(248) 541-5200
pattymac63@hotmail.com
_____/

### DEFENDANT PAUL ANTHONY DARRAH'S EXHIBITS ENTERED AT HIS DETENTION HEARING

NOW COMES the Defendant, Paul Anthony Darrah, and hereby files the following documents which were admitted into evidence during his Detention Hearing held on July 23, 2012, before the Hon. Magistrate Judge Steven R. Whalen.  Said Exhibits are:

    1.  Defendant's Exhibit 1- Medical Records from Oakland Primary Care, including a medical status report dated July 17, 2012 by Dr. Nicholas Defauw.

    2.  Defendant's Exhibit 2-Medical Status report dated July 20, 2012, by Dr.

Warren L. Brandes.

                                        Respectfully Submitted,

                                        S/PATRICIA A. MACERONI
                                        Patricia A. Maceroni (P44124)
                                        Attorney for Defendant
                                        26611 Woodward Ave.
                                        Huntington Woods, MI 48070
                                        (248) 541-5200


## PROOF OF ELECTRONIC SERVICE

NOW comes the undersigned and hereby states and affirms that on July 31, 2012, she did electronically file with the Clerk of this Court Defendant's Exhibits entered at his detention hearing, a copy of which the clerk then served upon opposing counsel via the electronic filing service.

                                        s/Patricia A. Maceroni
                                        Patricia A. Maceroni (P44124)
                                        Attorney for Defendant
                                        26611 Woodward Ave.
                                        Huntington Woods, MI 48070
                                        (248) 541-5200
                                        Pattymac63@hotmail.com