**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/17/2012

July 17, 2012

Paul Anthony Darrah
21655 23 Mile Rd
Macomb, MI 48042

To Whom it May Concern:

Mr. Paul Darrah of the above address has been a patient at our clinic of Oakland Primary Care for over 12 years and has followed various physicians through his time here at this clinic. I have been able to be his care taker over the previous 18-19 months. During his time most of his chronic conditions have been stabilized. He does have a significant past medical history and some of his medical care does necessitate care. For a complete history on his medical care and the most up to date and pertinent levels of his health, I would refer you to my note for his well visit on July 10th, 2012.

In regards to his tracheotomy care, I would defer questions of that nature to be forwarded to the Ear, Nose, and Throat specialist Dr. Warren Brandes. It is essential to ensure that the tracheotomy remains clean as it is a portal that can facilitate infection into the lungs easily. As I am not the physician that fully monitors his tracheotomy, my largest concern with his care is to have his blood work monitored so that the dosage of his coumadin is correct. If this is stable, the minimum blood draws should be at least once every 3-4 weeks. If it is unstable, it may require 2 blood draws a week. Also, coumadin puts him at risk for hemorrhage if he were involved in any altercation.

As you mentioned in your letter, this is indeed my final day as a physician at this clinic. I have graduated my residency as of today. However, with Mr. Darrah's care at this clinic, many physicians will be available to help with any further questions you may have or need to ask. Also, they will be able to contact me if they have any further questions regarding Mr. Darrah's health. I hope that this letter helps to determine the care that Mr. Darrah needs to maintain his health. Any further questions feel free to contact us at (586) 582-7550.

Sincerely,

Nicholas Defauw Do 55

Electronically Signed by: Nicholas Defauw DO on Tuesday, July 17, 2012 at 07:55 pm

**DEFENDANT'S EXHIBIT**

07/17/2012

Page 1 of 1

**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

July 10, 2012  603 pm

Today's Pain level 6/10

CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY

CURRENT MEDICATION LIST:
    LEFT KAFO, Left KAFO
    DIABETIC FOOTWEAR WITH INSERT, Disp: Shoes/boots for patient diabetic footwear and include inserts.
    Diagnosis: type 2 Diabetes
    NITROSTAT SUBLINGUAL TABLET SUBLINGUAL 0.4 MG, DISSOLVE 1 TABLET UNDER THE TONGUE AS NEEDED FOR CHEST PAIN.
    FUROSEMIDE ORAL TABLET 40 MG, 1 PO BID
    LORATADINE ORAL TABLET 10 MG, TAKE 1 TABLET DAILY.
    VICODIN ES ORAL TABLET 7.5-750 MG, TAKE 1 TABLET EVERY 4 TO 6 HOURS AS DIRECTED.
    MORPHINE SULFATE CR ORAL TABLET 12 HR 60 MG, TAKE 1 TABLET 3 TIMES DAILY UNTIL GONE.
    LANTUS SUBCUTANEOUS SOLUTION 100 UNIT/ML, Inject 20 Units subcutaneously QHS
    SIMVASTATIN ORAL TABLET 40 MG, TAKE 1 TABLET DAILY AT BEDTIME.
    ZETIA ORAL TABLET 10 MG, TAKE 1 TABLET AT BEDTIME.
    BD INSULIN SYRINGE ULTRAFINE MISCELLANEOUS 31G X 5/16" 1 ML, USE AS DIRECTED.
    OMEPRAZOLE ORAL CAPSULE DELAYED RELEASE 20 MG, TAKE 1 CAPSULE DAILY EVERY MORNING BEFORE BREAKFAST.
    ALBUTEROL SULFATE INHALATION NEBULIZATION SOLUTION (2.5 MG/3ML) 0.083%, USE 1 UNIT DOSE IN NEBULIZER EVERY 4 TO 6 HOURS AS NEEDED.
    BENAZEPRIL HCL ORAL TABLET 40 MG, TAKE 1 TABLET DAILY.
    COUMADIN ORAL TABLET 5 MG, TAKE 1 TABLET DAILY.
    METFORMIN HCL ORAL TABLET 1000 MG, TAKE 1 TABLET TWICE DAILY.
    METOPROLOL TARTRATE ORAL TABLET 100 MG, TAKE 1 TABLET TWICE DAILY.
    VENTOLIN HFA INHALATION AEROSOL SOLUTION 108 (90 BASE) MCG/ACT, INHALE 1 TO 2 PUFFS EVERY 4 TO 6 HOURS AS NEEDED.
    SEROQUEL ORAL TABLET 25 MG, TAKE 3 TO 4 TABLETS AT BEDTIME.
CURRENT PROBLEM LIST:
    DERMATOPHYTOSIS OF NAIL
    NEOPLASM OF UNCERTAIN BEHAVIOR OF LIVER AND BILIAR
    DIABETES MELLITUS TYPE II
    DIABETES WITH MANIFESTATIONS OTHER TYPE II
    DISTURBANCES OF SULPHUR-BEARING AMINO-ACID METABOL

07/10/2012

**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

    OTHER AND UNSPECIFIED HYPERLIPIDEMIA
    OTHER SPECIFIED ANEMIAS
    OBSTRUCTIVE SLEEP APNEA ADULT PEDIATRIC
    OTHER CHRONIC PAIN
    BENIGN ESSENTIAL HYPERTENSION
    OTHER AND UNSPECIFIED ANGINA PECTORIS
    ACUTE UPPER RESPIRATORY INFECTION
    ACUTE BRONCHITIS
    ALLERGIC RHINITIS CAUSE UNSPECIFIED
    TRACHEOSTOMY COMPLICATION UNSPECIFIED
    REFLUX ESOPHAGITIS
    INGROWING NAIL
    TRAUMATIC ARTHROPATHY INVOLVING SHOULDER REGION
    MUSCLE WEAKNESS
    OTHER MALAISE AND FATIGUE
    DISTURBANCE OF SKIN SENSATION
    HEMOPTYSIS
    ABDOMINAL PAIN RIGHT UPPER QUADRANT
COMPLETED BY: Nicholas Defauw Do

HISTORY OF PRESENT ILLNESS: 48 year old WM presents for a well visit. He has a significant past medical history as indicated below: He notes that he feels he might need an antibiotic at this time due to having increased congestion over the past week. He has some green phlegm production and did notice a fever two days ago and was feeling a little fatigued and under the weather and has noted some increased use of his home O2.

He has a history of High Blood pressure, High cholesterol and a coagulation genetic mutation. He denies any chest pain, Headaches, Bloody noses, blood in his stool. He was on Vytorin 10/40 mg QHS, but has been switched to simvastatin 40 mg QHS and Zetia 10 mg, but states that the Zetia is not covered. He also is on Coumadin 5 mg Daily.

PMH: HTN, Chronic Shoulder pain secondary to traumatic labral tears (poor surgical candidate), GERD, Type II DM, Severe OSA, COPD, MTHFR gene mutation (requiring lifelong coumadin) with previous PE's and DVT's, hx of WPW, previous stroke's secondary to the severe OSA, Chronic bronchitis, History of a liver hemangioma

PSurgHx: Tracheotomy (permanent), UPPP, sinus surgeries, appendectomy (12.5 inch long when removed), Left knee meniscal repair.

FamHx:
    Dad - HTN, DM, COPD, WPW - deceased
    Mom - is 90 years old, grandma is 106 and still alive and has the most spunk out of everyone and is driving his mom and aunts to doctor's appointments and such.
    Brother - HTN, DM, starting to have declining health.
07/10/2012

**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

    Niece - MTHFR mutation

SocHx: Former smoker, No tobacco, ETOH, or illicits. Lives at home with his 13 almost 14 year old son and girlfriend of 15 years. Has 5 brothers and one sister

Last pneumococcal vaccine - within 5 years - patient believes to be 3-4 years ago
Last tetanus - within last 10 years patient believes
Last colon - 10-28-10 - Left diverticulosis, internal hemorrhoids - rec'd repeat in 10 years and increased fiber and anusol prn for hemorrhoids.
Last EGD - 10/28/10 - small hiatal hernia, no H. pylori
Heart cath - 7/20/10 - Normal LV function, EF 55%, no significant epicardial CAD

Allergy: NKDA

Meds:

Metoprolol 50 mg BID - Questioned a refill of 100 mg BID and states he has been taking 100 mg Daily instead.
Benazepril 40 mg Daily
Lasix 40 mg BID - Takes sporadically cause he forgets. As he takes all his medications at night.
Simvastatin 40 mg QHS
Metformin 1,000 mg BID
Lantus 25 Units QAM
Vicodin ES TID
Morphine 60 mg TID
Coumadin 5 mg Daily
Omeprazole 20 mg Daily
Seroquel 75 mg QHS
Nitrostat prn
Duoneb prn
Albuterol prn

REVIEW OF SYSTEMS:
    Patient denies all symptoms in all systems except for HPI.
VITALS REVIEWED.
Problem lists, medications, allergies, treatments, surgeries, and immunizations have been reviewed and updated in the chart as of today's visit as noted above.


PHYSICAL EXAM:
    CONSTITUTIONAL:
        GENERAL APPEARANCE: Well developed, well nourished. In no acute distress.
    HEAD/FACE: Sinuses are not tender, red or swollen.
07/10/2012

**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

> EYES: Lids are normal without ptosis, edema, ectropion or entropion. Conjunctivae are normal and without inflammation, injection, hemorrhages or exudates. Pupils are equal, round and react to light (direct and consensual) and accommodation.
> EARS, NOSE, MOUTH AND THROAT:
>> EXTERNAL EARS AND NOSE: External ear exam normal with no scars, lesions or masses. External nose exam normal with no scars, lesions or masses.
>> EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
>> NOSE: No abnormality of the nose noted. The septum is normal and midline.**Turbinates pale bilaterally.**
>> ORAL: Inspection of the lips, gums, and teeth is normal. Normal oral cavity and oropharynx.
> RESPIRATORY: Normal respiratory effort.**Rhonchi heard posteriorly in apices of both lungs.**
> CARDIOVASCULAR:
>> PALPATION & AUSCULTATION: Regular rate and rhythm. No gallop. No pericardial sounds noted.
>> EDEMA/VARICOSITIES OF EXTREMITIES: **1+ pitting edema below the knees.**
> GASTROINTESTINAL:
>> ABDOMEN: No hernias. No masses. No tenderness.
>> LIVER/KIDNEY/SPLEEN: Liver is smooth, firm, and nontender. No hepatomegaly or pulsations noted. No splenomegaly or tenderness.
>> HERNIA: No obvious hernias.
> GENITOURINARY:
>> TESTES: Descended bilaterally without masses.
>> PHALLUS: The phallus is within normal limits. No lesion or discharge noted. The meatus is normal in size and position.
>> SCROTUM: Scrotum is normal in appearance with no cysts, rashes, abnormal pigmentations, or lesions.
>> PROSTATE: Gland is smooth, soft, non tender, symmetrical without nodules and is of normal size. The median sulcus is normal. The lateral borders are well demarcated.
> LYMPHATICS: No supraclavicular lymphadenopathy noted, **multiple enlarged lymph nodes noted in the posterior cervical chains bilaterally.**
> MUSCULOSKELETAL EXAM: MS 5/5 on entire right side. biceps on left is 5/5, abduction is 3+/5, adduction is 4/5.
> NEUROLOGIC:
>> CRANIAL NERVES: CNs II-XII grossly intact.

ASSESSMENT/PLAN:
> 270.4-DISTURBANCES OF SULPHUR-BEARING AMINO-ACID METABOL  Will draw PT/INR to assess coumadin levels. Advised to watch for signs of PE and DVT and hemorrhage. Will follow.

> 272.4-OTHER AND UNSPECIFIED HYPERLIPIDEMIA  Will draw a cholesterol panel and see how his

07/10/2012

# Oakland Primary Care
## 27450 Schoenherr Rd, Suite 400
## Warren, MI 48088

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

    cholesterol is doing without the Zetia. Will follow.

- 401.1-BENIGN ESSENTIAL HYPERTENSION Will draw lytes, BUN/Cr for assessment. Will also prescribe Metoprolol succinate 100 mg Daily as it is the long acting and patient states he has difficulties remembering his lasix because he takes it in the morning so he doesn't urinate all night. Advised patient that with his leg swelling he should take the lasix. His BP is well controlled currently.

- 466.0-ACUTE BRONCHITIS Will prescribe Doxycycline 100 mg BID as patient is high risk. Advised him to watch for signs of further infection.

- V70.0-GENERAL MEDICAL EXAMINATION Anticipatory Guidance covered. Patient isn't due for tetanus, pneumonia or colonoscopy at this time. Advised to follow up on his other chronic conditions.

RETURN VISIT INSTRUCTIONS: Return in one month. follow up DM and HTN with Dr. Angrish and to renew his pain contract with Dr. Angrish (I will refill his pain meds next week on 7/17/12)

Nicholas DeFauw DO


TEACHING PHYSICIAN NOTE

I have reviewed the Subjective, Objective, Assessment and Plan with Nicholas Defauw Do during the office visit.


Electronically Signed by: Jason Soffa DO on Thursday, July 12, 2012 at 10:41 am

*** Addendum - 07/16/2012 10:31 am

labs reviewed and letter sent to patient. INR will be redrawn as recommended to patient's girlfriend. Lipid at goal, lytes bun/cr wnl. INr to be redrawn and if still low will provide increase in coumadin dose.

| Service Date | Test Name | Result Value | Reference Range |
|---|---|---|---|
| 07/10/2012 | CREATININE | 0.93 mg/dL | 0.70 - 1.50 |
| | UREA NITROGEN/CREATININE RATIO | 22.6 | 12.0 - 20.0 |
| | GFR, CALCULATED | > 60 | 60 - 130 |
| | GFR, AF AM | > 60 | 60 - 130 |
| 07/10/2012 | BUN | | |
| | UREA NITROGEN | 21 mg/dL | 8 - 20 |
| 07/10/2012 | | | |

**Oakland Primary Care**
**27450 Schoenherr Rd, Suite 400**
**Warren, MI 48088**

PatientID: P548132
Patient Name: PAUL ANTHONY DARRAH
Date of Birth: 06/24/1964

Date of Service: 07/10/2012

| Date | Test | Result | Reference |
|---|---|---|---|
| 07/10/2012 | LIPID PANEL | | |
| | CHOLESTEROL, TOTAL | 165 mg/dL | 140 - 199 |
| | **TRIGLYCERIDE** | **236 mg/dL** | **30 - 149** |
| | NON-HDL CHOLEST | 119 mg/dL | 0 - 129 |
| | HDL CHOLESTEROL | 46 mg/dL | 40 - 75 |
| | LDL-calculated | 72 mg/dL | 60 - 99 |
| | SERUM TURBIDITY | CLEAR | CLEAR |
| 07/10/2012 | ELECTROLYTES | | |
| | SODIUM | 144 mmol/L | 135 - 145 |
| | POTASSIUM | 3.9 mmol/L | 3.5 - 5.2 |
| | CHLORIDE | 105 mmol/L | 98 - 109 |
| | ANION GAP | 11 mmol/L | 4 - 14 |
| | CO2 CONTENT | 28 mmol/L | 23 - 34 |
| 07/10/2012 | PROTIME GROUP | | |
| | PROTHROMBIN TIME | 13.9 sec | 12.2 - 14.6 |
| | INT NORM RATIO | 1.07 | |

Electronically Signed by: Nicholas Defauw DO on Monday, July 16, 2012

07/10/2012