07/23/2012  03:05    12483368479                    ENT SURGICAL                         PAGE  01/01



Warren Brandes, D.O., F.O.C.O.O.
Ted Schwartzenfeld, D.O., F.O.C.O.O.
Jeffrey Milewski, D.O.
Emeritus
Henry Sonenshein, D.O.
Donald Rochen, D.O.

Georgean Balay, M.S., CCC
Nancy Northway, M.S., CCC
Karen Root, M.S., CCC

Ear, Nose, Throat • Head and Neck Surgery • Facial Plastic Surgery • Cosmetic Surgery • Ear Surgery • Otolaryngic Allergy • Audiology • Hearing Aids

July 20, 2012

**Honorable Magistrate Judge**
**231 W. Lafayette Street**
**Detroit, MI 48226**

Dear Sir/Madame:

I was asked to write you this letter on behalf of my patient, Paul Darrah.

Mr. Darrah has had a tracheostomy since July 19, 2006 which requires specific care. The tracheostomy should be cleaned daily with peroxide, suctioned daily with a sterile suction tube, and the tracheostomy tube should be changed at least once a month or sooner if needed.

Mr. Darrah should be taking antibiotics to ensure that he does not get an infection as there can be severe complications if it not cared for properly such as infections of the neck, chest and lungs.

If you need any additional information, please do not hesitate to contact the office.

Sincerely,

*Warren Brandes, DO*/jcc

Warren L. Brandes, D.O., F.O.C.O.O.

**DEFENDANT'S EXHIBIT 2**

27483 Dequindre, Suite 201
Madison Heights, MI 48071
(248) 541-0100 • Fax (248) 399-3960

28080 Grand River, Suite 205W
Farmington Hills, MI 48336
(248) 478-8616 • Fax (248) 478-0138

28295 Schoenherr, Suite B
Warren, MI 48088
(586) 751-6990 • Fax (586) 558-5752

www.entallergy.com